LAW OFFICE OF JENNIFER E. TUCEK, P.C.
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

August 21, 2026

**MEMO ENDORSED**

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Javier Monge s v. Salsa Con Fuego Management LLC*
*26-cv-4859*

Dear Judge Stein:

I represent the Plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference currently scheduled for August 25, 2026, as the Defendants have not yet appeared in this matter, and may be facing a default motion.

All Defendants were served on June 16, 2026 via the Secretary of State, which in turn mailed the summonses and Complaint to the addresses listed on the corporate website (which are the same addresses on the Summonses themselves). I have sent letters to the Defendants, as well as emails, and left numerous phone messages at the Salsa Con Fuego Restaurant, the property at issue. I have received no response.

Considering the above, Plaintiff respectfully requests an adjournment of the conference so that Plaintiff can make one last attempt to reach Defendants or seek a default judgment. Thank you.

Respectfully,

/s/Jennifer E. Tucek
Jennifer E. Tucek, Esq.

**The initial pretrial conference is adjourned to September 25, 2026, at 10:30 a.m.**

**Dated: New York, New York**
**August 21, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**