UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| JAVIER MONGE, | : | 26-Cv-4859 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | | |
| | : | |
| DRBX HOLDINGS LLC, SCF CEDAR LLC, and SALSA CON FUEGO MANAGEMENT LLC, | : | |
| Defendants. | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court has received plaintiff's letter motion filed today [Doc. No. 20]. No conference is currently scheduled for November 13, 2026, or any other date. Plaintiff's request in this letter has been taken care of in the earlier filed Order dated today [*see* the Order filed at Doc. No. 19].

Dated: New York, New York
November 2, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.